# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 95-60143
Summary Calendar

ALFRED O. OPARA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

Respondent.

On Petition for Review of an Order of the
Board of Immigration Appeals
(A24 810 084)

December 21, 1995

Before POLITZ, Chief Judge, GARWOOD and STEWART, Circuit Judges.

PER CURIAM:[*]

Alfred Onwudiegwu Opara, a citizen of Nigeria who obtained permanent resident status in 1982, was convicted of forgery in 1990 and of use of a false social security card in 1991. Based thereon, an immigration judge determined that Opara was deportable under section 241(a)(92)(A)(ii) of the Immigration and Nationality Act and that he was not entitled to a waiver of deportability under section 212(c). His appeal to the Board of Immigration

---

[*]Local rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

Appeals was dismissed and the instant petition for review was timely filed.

We review the BIA's denial of section 212(c) relief under the abuse of discretion standard. Our examination of the record in that light discloses no basis for a conclusion that the BIA abused its discretion herein and the petition for review is therefore DENIED.